UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 16, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| v. | : MAGISTRATE NO. 26-MJ-88 |
| TIMOTHY JAMES HETZEL, | : VIOLATIONS: |
| Defendant. | : 18 U.S.C. § 922(g)(1) (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |

**UNITED STATES OF AMERICA**

        **v.**

**TIMOTHY JAMES HETZEL,**

        **Defendant.**

: **CRIMINAL NO.**

: **MAGISTRATE NO. 26-MJ-88**

: **VIOLATIONS:**

: **18 U.S.C. § 922(g)(1)**
: **(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**

: **D.C. Code § 22-4503(a)(1)**
: **(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**

: **D.C. Code § 22-4514(a), (c)(1)**
: **(Possession of a Prohibited Weapon (Felony))**

: **FORFEITURE:**
: **18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and**
: **28 U.S.C. § 2461(c)**

---

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 16, 2026, within the District of Columbia, **TIMOTHY JAMES HETZEL**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, Stafford County Circuit Court, Virginia, Criminal Case No. CR16001159-00, did unlawfully and knowingly receive and possess ammunition, that is, Blazer

Brass 9-millimeter ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about May 16, 2026, within the District of Columbia, **TIMOTHY JAMES HETZEL**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Stafford County Circuit Court, Virginia, Criminal Case No. CR16001159-00, owned, kept, and had within his possession and control, a firearm, that is a Polymer80, model PF940C, 9-millimeter pistol.

**(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 22, District of Columbia Code, Section 4503(a)(1))

## COUNT THREE

On or about May 16, 2026, within the District of Columbia, **TIMOTHY JAMES HETZEL**, did unlawfully have in his possession a ghost gun.

**(Possession of a Prohibited Weapon (Felony)**, in violation of Title 22, District of Columbia Code, Section 4514(a), (c)(1))

## FORFEITURE ALLEGATION

1.    Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a Polymer80, model PF940C, 9-millimeter pistol and Blazer Brass 9-millimeter ammunition.

2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

A TRUE BILL:

By: *Colleen D Kukowski*
COLLEEN KUKOWSKI
Assistant United States Attorney

FOREPERSON.